RECEIVED
SEP 21 2020
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Plaintiff(s), Beverly Ann Jackson McDonald )
)
v. )
)
Murs Goodwill Industries )
Tammy Brown )
)
)
Defendant(s). (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ☐   NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

**✓** Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

**✓** Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

NOTE: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

✓ Other (Describe)

Sexual Harassed for my Job in Peace - or Not At All. (same) She chose no Job At All And Fired Me.

**PARTIES**

2. Plaintiff's name: Beverly Ann Jackson-McDonald

   Plaintiff's address: 2700 Henrietta St. #208 St. Louis Mo. 63104
   Street address or P.O. Box

   St. Louis Mo. 63104
   City/ County/ State/Zip Code

   314-465-3472   314-383-7042
   Area code and telephone number

3. Defendant's name: Mers Goodwill Industries Tammy Brown

   Defendant's address: 10125 Watson Rd.
   Street address or P.O. Box

   Saint Louis Mo. 63127
   City/County/State/ Zip Code

   314-241-3464   314-965-0090
   Area code and telephone number

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

8037 W Florissant Ave    St Louis    Mo.    63136
(Street Address)    (City/County)    (State)    (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

9-2017 to 2-2018

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

[X] Yes    Date filed: 10-29-2019 and time Filed
[X] No     (Attach Copy)

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

[X] Yes    Date filed: 10-24-2019 and time
[ ] No

8. Have you received a Notice of Right-to-Sue Letter?

[X] Yes    [ ] No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

   ✓ failure to hire me

   ✓ termination of my employment

   ✓ failure to promote me

   ___ failure to accommodate my disability

   ✓ terms and conditions of my employment differ from those of similar employees

   ✓ retaliation

   ✓ harassment

   ___ other conduct (specify):

   After My Sole - I Refuse Orgy Acts -

Did you complain about this same conduct in your charge of discrimination?

   ✓ Yes          ☐ No

4

11. I believe that I was discriminated against because of my (check all that apply):

   ✓ race

   ✓ religion

   ___ national origin

   ✓ color

   ✓ gender

   ___ disability

   ✓ age (birth year is: 1960 )

   ✓ other:

Did you state the same reason(s) in your charge of discrimination?

   ✓ Yes        ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

Same as the other employers - If I dont go alone with - Team exquisite orgys - Friends - theft - it's your job - you will no longer have I refused Team exquisite, orgys friends, sex partners - I had no job from it.

(Continue to page 6, if additional space is needed.)

5

breifly Again I had No Job from it — they fired me in front of the team exquisite orgy crew.

for No partakening - orgy Acts with people or Animals cruel, People And theifts I did go Alone — so they fired Me each time No income Again And Again from it for years

Beverly Ann Jackson McDonald

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

[✓] are still being committed by the defendant.

[✗] are no longer being committed by the defendant.

[✓] may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

*Same As the other when I would not or Refuse to indulge in Sexaul-Sexual orgy Acts - they took my employment for Not Committing to it - or go Alone with it - other words - Job or indulge - I didnt so they fired Me.*

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

*Beverly Ann Jackson-McDonald*

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __13__ day of __September__, 20__20__.

Signature of Plaintiff _Beverly Ann Jackson McDonald_

8