# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BEVERLY ANN JACKSON-MCDONALD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MERS GOODWILL INDUSTRIES, et al., ) <br> ) <br> ) <br> Defendants. ) | No. 4:20-cv-01292-SRC |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice for failure to comply with the Court's order of February 18, 2021. *See* Fed. R. Civ. P. 41(b).

**IT IS HEREBY CERTIFIED** that an appeal from this order of dismissal would not be taken in good faith.

Dated this 7th day of April, 2021.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE